■ PABLO ALVAREZ, Respondent, v CITY OF NEW YORK et al., Appellants. [62 NYS3d 802]—

Order, Supreme Court, New York County (Robert D. Kalish, J.), entered June 16, 2017, which, insofar as appealed from as limited by the briefs, denied the motion of defendants New York City School Construction Authority, Skanska USA Building, Inc. and All-Safe, LLC. for summary judgment dismissing the Labor Law § 200 and common-law negligence claims, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment dismissing the complaint.

Dismissal of the Labor Law § 200 and common-law negligence claims was warranted in this action where plaintiff was injured when, while working as a plasterer on a school construction project, he hit his head on a tie-in that was securing a scaffold to the school building. The record is devoid of evidence indicating that the existence or placement of the tie-in constituted a dangerous condition. Concur—Tom, J.P., Renwick, Mazzarelli, Oing and Singh, JJ.